United States District Court
Northern District of New York

# JUDGMENT

**WILLIAM J. LEFFLER**

                     **Plaintiff**

      VS.                     1:05-CV-146 (NPM)

**COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,
JO ANNE B. BARNHART**

                     **Defendant**

**[X]  Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the final decision of the Commissioner denying plaintiff's claim for disability insurance benefits is AFFIRMED and the Complaint is hereby DISMISSED.

All of the above pursuant to the Order of the Honorable Judge Neal P. McCurn dated the 28th day of August, 2007.


**AUGUST 29, 2007**                          **LAWRENCE K. BAERMAN**

**DATE**                                      **CLERK OF COURT**

                                                                 s/

                                                  **JOANNE BLESKOSKI
DEPUTY CLERK**